IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

ESTHER ORRELL KRONE, AS REPRESENTATIVE
OF THE WRONGFUL DEATH BENEFICIARIES AND
AS EXECUTRIX OF THE ESTATE OF BETTY ORRELL
KRONE, DECEASED                                                    PLAINTIFFS

VS.                                    CIVIL ACTION NO. 4:14cv075-GHD-JMV

GRACE HEALTH & REHAB OF GRENADA, LLC AND
ARK MISSISSIPPI HOLDING COMPANY, LLC D/B/A
GRACE HEALTH & REHAB OF GRENADA AND
JOHN DOE OWNERS 1-10                                               DEFENDANTS

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

**COME NOW PLAINTIFFS AND DEFENDANTS,** by and through all counsel of record, and pursuant to Rule 41(a)(1)(A)(ii), *Federal Rules of Civil Procedure*, stipulate to dismissal without prejudice of all Defendants based upon the following:

1. Plaintiffs and Defendants have agreed to submit this matter to binding arbitration. Accordingly, the dispute giving rise to this pending matter will be resolved in binding arbitration and it is unnecessary to proceed in Federal Court.

2. All parties that have appeared in this action consent to dismissal of this proceeding without prejudice and remand of this matter to binding arbitration.

**IT IS HEREBY AGREED THIS THE** 30th day of June, 2014, this matter is dismissed without prejudice and remanded to arbitration.

1

APPROVED AND AGREED:

*/s/ George F. Hollowell*

George F. Hollowell, Esq.
Post Office Drawer 1407
Greenville, Mississippi 38702-1407
Telephone: 662-378-3103
gfh@hollowellfirm.com
**Attorneys for Plaintiffs**

*/s/ Eugene R. Naylor w/ permission /s/ Jason P. Varnado MSB# 103839*

Eugene R. Naylor, Esq., MSB# 3757
Jason P. Varnado, Esq., MSB #103839
WISE CARTER CHILD & CARAWAY, P.A.
401 East Capitol St., Suite 600
Post Office Box 651
Jackson, Mississippi 39225-0651
Telephone: 601-968-5500
ern@wisecarter.com
jpv@wisecarter.com
**Attorney for Defendants, Grace Health & Rehab of Grenada, LLC
and Ark Mississippi Holding Company, LLC**

2